UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SANDRA P. MORELAND,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES EAST, LP,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  2:23-CV-282-SCJ |

## AMENDED JUDGMENT

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the Court having granted said motion, it is

**Ordered and Adjudged** that the Plaintiff takes nothing; that the Defendant recovers its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Gainesville, Georgia, this 2nd day of April, 2025.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/ D. McGoldrick
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 2, 2025
Kevin P. Weimer
Clerk of Court

By: D. McGoldrick
　　　Deputy Clerk